Order entered May 6, 2019
DLB
 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-18-00473-CR
 No. 05-18-00474-CR

 Rickey Lecardo McGee, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 1
 Dallas County, Texas
 Trial Court Cause Nos. F16-34511-H; F16-34499-H

 ORDER

 Before the Court is appellant’s pro se motion to recuse Chief Justice
Robert Burns from the above-numbered appeals. Chief Justice Robert Burns
is not on the panel to which the above-numbered appeals will be submitted,
and he will not be a participant in the disposition of these appeals.
Further, it appears appellant is represented by appointed counsel. A
criminal defendant is not entitled to hybrid representation. See Robinson
v. State, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Appellant’s motion
to recuse is DENIED.

 /s/ DAVID L. BRIDGES
 PRESIDING JUSTICE